## SELIG CO. v. CITY OF PORT ISABEL.
### No. 10850.

Court of Civil Appeals of Texas.
San Antonio.
Jan. 22, 1941.

Clarence S. Bennett, of Brownsville, for appellant.

H. L. Faulk, of Brownsville, for appellee.

MURRAY, Justice.

In this case neither appellant nor appellee has filed briefs; it therefore becomes our duty to dismiss the appeal for want of prosecution, and it is so ordered.